■ ALLEGANY CO-OP INSURANCE COMPANY, Respondent, v DALE R. STEINEL, Doing Business as AMERICAN HARDWOOD FLOOR SPECIALISTS, Appellant, et al., Defendants. [670 NYS2d 650] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, LaMendola, J. (Appeal from Order of Supreme Court, Erie County, LaMendola, J.—Summary Judgment.) Present—Lawton, J. P., Hayes, Wisner, Boehm and Fallon, JJ.